**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARROD MOTEN,<br><br>      Plaintiff,<br><br>  v.<br><br>THERESA CISNEROS, et al.,<br><br>      Defendants. | No. 1:24-cv-00022 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 10)<br><br>PLAINTIFF'S FILING FEE TO BE PAID IN FULL BY **MAY 23, 2024** |
| SHARROD MOTEN,<br><br>      Plaintiff,<br><br>  v.<br><br>CHRISTIAN PFEIFFER, et al.,<br><br>      Defendants. | No. 1:24-cv-00043 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 11)<br><br>PLAINTIFF'S FILING FEE TO BE PAID IN FULL BY **MAY 23, 2024** |

    Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and has requested permission to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 in both the above-referenced matters. (*See Cisneros*, Doc. 4; *Pfeiffer*, Doc. 6 (applications to proceed in forma pauperis).) The matters were referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 27, 2024, the magistrate judge issued Findings and Recommendations in both

cases, which were served on Plaintiff and which notified him that any objections were due within 14 days. (*See Cisneros*, Doc. 10 at 9; *Pheiffer*, Doc. 11 at 9.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).) As of April 22, 2024, Plaintiff has not filed objections in either case.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of both matters. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations in each case are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued March 27, 2024, in *Moten v. Cisneros*, No. 1:24-cv-00022 JLT GSA (Doc. 10), and *Moten v. Pfeiffer*, No. 1:24-cv-00043 JLT GSA (Doc. 11), are **ADOPTED IN FULL**.

3. The Clerk of Court shall **IDENTIFY** Plaintiff as a three strikes litigant within the meaning of 28 U.S.C. § 1915(g) in the Court's docketing system.

4. Plaintiff's applications to proceed in forma pauperis in *Moten v. Cisneros*, No. 1:24-cv-00022 JLT GSA (*see* Doc. 4), and *Moten v. Pfeiffer*, No. 1:24-cv-00043 (*see* Doc. 6) are **DENIED**.

6. On or before **May 23, 2024**, – Plaintiff shall pay the filing fee in full in each of the above-referenced matters prior to proceeding any further in them.

**Plaintiff is cautioned that absent exigent circumstances, his failure to pay the filing fees in full in each case within the time allotted will result in their dismissal without further notice.**

IT IS SO ORDERED.

Dated:   **April 22, 2024**

UNITED STATES DISTRICT JUDGE

2